O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV10-06724 AHM* <br> CR05-00906-AHM | Date | September 15, 2010 |
|---|---|---|---|

| Title | VIRGIL MORRIS v. UNITED STATES OF AMERICA |
|---|---|

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | | |
|---|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:         Attorneys **NOT** Present for Defendants:

**Proceedings:**   IN CHAMBERS (No Proceedings Held)

On January 15, 2010, the Court granted the petitioner's Application for an Order on Appointment of Counsel to Represent Petitioner during the § 2255 Proceedings. Accordingly, the Court hereby appoints Panel-Attorney, Marilyn Bednarski, 128 N. Fair Oaks Avenue, Pasadena, California 91103 and telephone number (626) 844-7660, to represent defendant in his *habeas corpus* proceedings under 28 U.S.C. § 2255.

|   | : |   |
|---|---|---|
| Initials of Preparer | SMO |

cc: **USPO, CJA**